# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | Case No. 19-12135-EEB |
| | ) | |
| CORNERSTAR WINE & LIQUOR, LLC | ) | Chapter 7 |
| EIN: 26-3557664 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JEFFREY A. WEINMAN, | ) | Adversary Proceeding No. 21-01056 |
| Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SUSAN MARKUSCH and OLSON REAL | ) | |
| ESTATE SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Kyler Burgi, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the Summons, Notice to Litigants, and a copy of the Complaint was made on April 20, 2021, by:

    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    **Susan Markusch and Olson Real Estate Services, LLC**
    **6321 S. Geneva Circle**
    **Englewood, CO 80111**

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: April 22, 2021                                                         */s/ Kyler Burgi*
                                                                                                 Signature