IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | Case No. 19-12135-EEB |
| ) | |
| CORNERSTAR WINE & LIQUOR, LLC ) | Chapter 7 |
| EIN: 26-3557664 ) | |
| ) | |
| Debtor. ) | |
| ) | |
| JEFFREY A. WEINMAN, ) | |
| Chapter 7 Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 21-01056-EEB |
| ) | |
| SUSAN MARKUSCH and OLSON REAL ) | |
| ESTATE SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF T. EDWARD WILLIAMS, ESQ.**

T. Edward Williams, Esq. being over 18 and knowing about Service testifies as follows and makes this affidavit under 28 U.S.C. § 1746:

1. The Undersigned represented Susan Markusch and her company, Olson Real Estate Services, LLC (together

"Defendants") in this matter and in other matter in Denver District Court.

2. As stated in the Motion to Withdraw, neither Susan Markusch nor her company complied with the Engagement Letter despite months of effort to get them to comply with the Engagement Letter.

3. After a long conferral that began in June 2021, Defendants agreed to the Undersigned's withdrawal in this and in the other matter. *The motions to withdraw were served on Defendants by first class mail, by electronic mail, and by physically providing a copy of the same to Defendants.* **Specifically, the Motion to Withdraw filed with this Court on September 9, 2021, was served on Defendants on September 9, 2021, by First Class Mail, electronic mail, and by physically providing the documents to Defendants.** The Denver District Court granted the Undersigned's Motion to withdraw. *See* Order on Motion to Withdraw, attached as **Exhibit A**.

4. These statements are made consistent with 28 U.S.C. § 1746 and the language there is incorporated by this reference.

2

**AFFIANT FURTHER SAYETH NAUGHT**

Dated: November 11, 2021.             */s/ T. Edward Williams, Esq.*

3