| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 BANNOCK STREET, RM 256, DENVER, CO, 80202<br>**Plaintiff(s)** HARVEY SENDER AS RECEIVER FOR GARY DRAG<br>v.<br>**Defendant(s)** GARY J DRAGUL et al. | DATE FILED: October 21, 2021 12:44 PM<br>CASE NUMBER: 2020CV30255<br><br>⚠ **COURT USE ONLY** ⚠<br>Case Number: 2020CV30255<br>Division: 414    Courtroom: |
| **Order Re: Notice and Motion to Withdraw as Counsel of Record for Defendants Susan Markusch and Olson Real Estate Services** | |

The motion/proposed order attached hereto: GRANTED.

THIS MATTER is before the court on counsel's Notice and Motion to Withdraw as Counsel of Record for Defendants Susan Markusch and Olsen Real Estate Services, filed September 3, 2021. The court having reviewed the Motion, noting that it is unopposed, the court file, and being otherwise fully advised in the premises, HEREBY GRANTS counsel's Motion and ORDERS that T. Edward Williams of Williams, LLP be relieved as attorney of record in this action for Defendants Susan Markusch and Olsen Real Estate Services.

Issue Date: 10/21/2021

*[signature]*

ROSS B BUCHANAN
District Court Judge

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>Denver District Court<br>1437 Bannock Street<br>Denver, CO 80202<br>Phone: 720-865-8301<br>_____<br>**PLAINTIFF:**<br>HARVEY SENDER, AS RECEIVER FOR GARY DRAGUL, GDA REAL ESTATE SERVICES, LLC, & GDA REAL ESTATE MANAGEMENT, LLC<br><br>v.<br><br>**DEFENDANTS:**<br>GARY J. DRAGUL, BENJAMIN KAHN, THE CONUNDRUM GROUP, LLP, SUSAN MARJUSCH, ALAN C. FOX, ACF PROPERTY MANAGEMENT, INC., MARLIN S. HERSHEY, PERFORMANCE HOLDINGS, INC., OLSON REAL ESTATE SERVICES, LLC, JUNIPER CONSULTING GROUP, LLC, and JOHN AND JANE DOES 1-10, AND XYZ CORPORATIONS 1-10<br>_____<br>**Attorneys for Defendants:**<br>T. Edward Williams, Atty. Reg. No. 41891<br>WILLIAMS LLP<br>7 World Trade Center<br>250 Greenwich Street, 46th FL.<br>New York, New York 10007<br>Telephone:    (212) 634-9106<br>Fax Number:   (212) 202-6228<br>E-mail:   edward@williamsllp.com | ▲   **COURT USE ONLY**   ▲<br>_____<br>Case Number:<br>2020CV30255<br><br>Courtroom:    Div. 414 |

**NOTICE AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR SUSAN MARKUSCH AND OLSON REAL ESTATE SERVICES**

T. Edward Williams, Esq., and WILLIAMS LLP (together, the

"Undersigned"), submit this Notice and Motion to Withdraw as Counsel of Record for Defendants, Susan Markusch and Olson Real Estate Services, under Practice Standards and Local Rules § 1-1(2)(b) and under the Colorado Rules of Professional Conduct. As good cause, the Undersigned states the following:

### MOTION TO WITHDRAW

1. Susan Markusch and Olson Real Estate Services (collectively "Defendants") have been sued by the Receiver, as stated on the case caption. The Undersigned appeared on Defendants' behalf on December 28, 2020 and has represented Defendants since then. During his representation of Defendants, the Undersigned has sent multiple messages requiring compliance with the Engagement Agreement Defendants executed with the Undersigned's firm, but Defendants have not been able to comply with the terms of the Engagement.

2. Before filing this Motion, Defendants were given many opportunities to comply with the Engagement Agreement. In addition, the Undersigned warned Defendants of his withdrawal unless Defendants complied with the Engagement Agreement.

3. Practice Standards and Local Rules 1-1(2)(b) sets forth the requirements for an attorney to withdraw from an active matter

4140-9789-2657, v. 2

and require the following advisements:

### ADVISEMENTS

i. Defendants have the burden of keeping the Court and the other parties informed where notices, pleadings or other papers may be served;

ii. If Defendants fail or refuses to comply with all court rules and orders, Defendants may suffer possible dismissal, default, or other sanctions;

iii. There are no pending hearings and there are currently no motions or other pleadings that are due, and so, no items to be filed that will be affected by the Undersigned's withdrawal. Trial is not yet scheduled in this matter. Further, there is an interlocutory appeal pending;

iv. Defendants have consented to this Motion, but Defendants may object to this Motion within **14 days** of its filing. Other parties may also object within **14 days** of the filing of this Motion.

v. Defendant, Olson Real Estate Services, as a non-natural person, must be represented by counsel licensed to practice before this Court. Susan

Markusch, a natural person, may represent herself if she elects to do so.

vi. Last Know Address:

**SUSAN MARKUSCH**
**OLSON REAL ESTATE SERVICES**
8480 E. Orchard Road
Greenwood Village, CO 80111
Tel : 303.929.4321
Email: smarkusch19@gmail.com

Dated: 3rd September 2021.
New York, New York

**RESPECTFULLY SUBMITTED,**

WILLIAMS LLP

/s/ T. Edward Williams, Esq.
T. Edward Williams, Esq.
WILLIAMS, LLP
7 World Trade Center
250 Greenwich Street, 46th FL.
New York, New York 10007
Tel/Fax: 212.634.9106
Edward@williamsllp.com

4140-9789-2657, v. 2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September 2021, a copy of this **NOTICE AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS, SUSAN MARKUSCH AND OLSON REAL ESTATE SERVICES** was filed and served via CCES on these individuals:

Susan Markusch
Olson Real Estate Services
8480 E. Orchard Road
Greenwood Village, CO 80111
Email: smarkusch19@gmail.com

Patrick D. Vellone
Matthew M. Wolf
Michael T. Gilbert
Rachel A. Sternlieb
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout St., Suite 1100
Denver, Colorado 80202
Phone: 303-534-4499
pvellone@allen-vellone.com
mswolf@allen-vellone.com
mgilbert@allen-vellone.com
rsternlieb@allenvellone.com
*Counsel for the Receiver*

Christopher S. Mills
Paul L. Vorndran
JONES & KELLER, P.C.
1675 Broadway, 26th Fl.
Denver, CO 80202
Phone: (303) 573-1600

4140-9789-2657, v. 2

Fax: (303) 573-8133
cmills@joneskeller.com
pvorndran@joneskeller.com
*Counsel for Gary J. Dragul*


Thomas E. Goodreid
Paul M. Grant
Goodreid & Grant LLC
7761 Shaffer Parkway, Suite 105
Littleton, Colorado 80127
Phone: 303-296-2048 (Goodreid)
Phone: 720-810-4235 (Grant)
t.goodreid@comcast.net
pgrant@goodreidgrant.com
*Counsel for Marlin S. Hershey, Performance Holdings, Inc.*

John M. Palmeri
Margaret L. Boehmer
Gordon & Rees LLP
555 Seventeenth St., Ste. 3400
Denver, CO 80202 Phone:
303-534-5160
jpalmeri@grsm.com
mboehmer@grsm.com
*Counsel for Benjamin Kahn & The Conundrum Group, LLP*