## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 19-12135-EEB |
| | ) | |
| CORNERSTAR WINE & LIQUOR, LLC | ) | Chapter 7 |
| EIN: 26-3557664 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| JEFFREY A. WEINMAN, | ) | |
| Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 21-01056-EEB |
| | ) | |
| SUSAN MARKUSCH and OLSON REAL | ) | |
| ESTATE SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
CLERK OF COURT
OCT 19 2022
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

**WRIT OF GARNISHMENT WITH NOTICE OF EXEPMTION AND PENDING LEVY**

Defendant Susan Markusch and Olson Real Estate Services, LLC, through undersigned pro se, hereby respectfully request an extension to November 4, 2022 in order to hire an attorney to assist me with this. I have been working to retaining an attorney but either the retainer has been to large or the attorney has not been available. Thank you for the any consideration you can provide.

*/s/ Susan Markusch*
Susan Markusch

*/s/ Susan Markusch, member of Olsm Real Estate Servies, LLC*
Olson Real Estate Services, LLC, by: Susan Markusch, Member